UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
Ronald Kucharski § Case No. 15-36735
Mary Kucharski §
§
§
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L. Zielinski, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/17/2017 in Courtroom ,
Second Floor
Joliet City Hall Building
150 West Jefferson Street
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/16/2017         By: /s/ Zane L. Zielinski
                                        Chapter 7 Trustee


*Zane L. Zielinski, Trustee*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Ronald Kucharski § Case No. 15-36735
Mary Kucharski §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 4,000.00 |
| and approved disbursements of | $ 70.00 |
| leaving a balance on hand of[1] | $ 3,930.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 10.50 | $ 0.00 | $ 10.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,010.50 |
| Remaining Balance | $ 2,919.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,178.12 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 1,469.63 | $ 0.00 | $ 265.21 |
| 2 | Quantum3 Group Llc As Agent For | $ 899.34 | $ 0.00 | $ 162.29 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | $ 2,444.49 | $ 0.00 | $ 441.13 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | $ 3,106.65 | $ 0.00 | $ 560.63 |
| 5 | Bureaus Investment Group Portfolio No 15 Llc | $ 621.66 | $ 0.00 | $ 112.18 |
| 6 | Portfolio Recovery Associates, Llc | $ 1,196.43 | $ 0.00 | $ 215.91 |
| 7 | Portfolio Recovery Associates, Llc | $ 6,439.92 | $ 0.00 | $ 1,162.15 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,919.50 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Zane L. Zielinski
Chapter 7 Trustee

*Zane L. Zielinski, Trustee*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                Case No. 15-36735-PSH
Ronald Kucharski                                                                      Chapter 7
Mary Kucharski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgarcia1              Page 1 of 1                  Date Rcvd: Oct 17, 2017
                              Form ID: pdf006             Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db/jdb         +Ronald Kucharski,    Mary Kucharski,    34200 South Old Chicago Road,    Wilmington, IL 60481-9711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25293013       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2017 01:35:48
                 American InfoSource LP as agent for,   TD Bank, USA,   PO Box 248866,
                 Oklahoma City, OK   73124-8866
25572484      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 01:45:09
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
25646238       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 01:35:46
                 Portfolio Recovery Associates, LLC,   Successor to SYNCHRONY BANK  (PAYPAL),   POB 41067,
                 Norfolk, VA 23541
25646175       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 01:35:18
                 Portfolio Recovery Associates, LLC,   Successor to SYNCHRONY BANK (AMAZON.COM),   POB 41067,
                 Norfolk, VA 23541
25346545      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2017 01:28:51
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
25335156       E-mail/Text: bnc-quantum@quantum3group.com Oct 18 2017 01:37:42
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2017 at the address(es) listed below:
              Briana   Czajka    on behalf of Debtor 1 Ronald  Kucharski ndil@geracilaw.com
              Briana   Czajka    on behalf of Debtor 2 Mary  Kucharski ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Zane  Zielinski, Trustee    on behalf of Trustee Zane  Zielinski, Trustee
               trustee@zanezielinski.com, zzielinski@ecf.epiqsystems.com
              Zane  Zielinski, Trustee    trustee@zanezielinski.com, zzielinski@ecf.epiqsystems.com
                                                                                              TOTAL: 5