UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Ronald Kucharski | § | Case No. 15-36735 |
| Mary Kucharski | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 270,849.00                    Assets Exempt: 11,740.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,919.50      Claims Discharged
                                                Without Payment: 10,292,422.62

Total Expenses of Administration: 1,080.50

---

3) Total gross receipts of $ 4,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 243,938.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,080.50 | 1,080.50 | 1,080.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 9,994,977.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 52,324.00 | 16,178.12 | 16,178.12 | 2,919.50 |
| **TOTAL DISBURSEMENTS** | $ 10,291,239.00 | $ 17,258.62 | $ 17,258.62 | $ 4,000.00 |

4) This case was originally filed under chapter 7 on 10/29/2015 . The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/05/2017     By:/s/Zane L. Zielinski, Trustee
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2000 John Deere 4200 | 1129-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BMO Harris BANK Attn: Bankruptcy Dept. Po Box 94034 Palatine IL 60094 | | 15,467.00 | NA | NA | 0.00 |
| 2 | Grundy BANK Attn: Bankruptcy Dept. 201 Liberty St Morris IL 60450 | | 193,472.00 | NA | NA | 0.00 |
| 3 | Grundy BANK | | 34,999.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acct #: NULL | | 0.00 | NA | NA | 0.00 |
| | Attn: Bankruptcy Dept. 201 Liberty St | | 0.00 | NA | NA | 0.00 |
| | Morris IL 60450 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 243,938.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 10.50 | 10.50 | 10.50 |
| Associated Bank | 2600-000 | NA | 70.00 | 70.00 | 70.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,080.50** | **$ 1,080.50** | **$ 1,080.50** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 IRS Priority Debt Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 Acct #: 2 IRS Priority Debt Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 Acct #: | | 9,994,977.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 9,994,977.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 ABRI Credit Union Attn: Bankruptcy Dept. 1350 W Renwick Rd Romeoville IL 60446 | | 2,200.00 | NA | NA | 0.00 |
| | 10 Shell/CITI Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | 2,044.00 | NA | NA | 0.00 |
| | 11 Syncb/Amazon Attn: Bankruptcy Dept. Po Box 965015 Orlando FL 32896 | | 845.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 12 Syncb/AMERICAS TIRE Attn: Bankruptcy Dept. 950 Forrer Blvd Kettering OH 45420 | | 690.00 | NA | NA | 0.00 |
| | 13 Syncb/PAYPAL SMART CON Attn: Bankruptcy Dept. Po Box 965005 Orlando FL 32896 | | 5,323.00 | NA | NA | 0.00 |
| | 14 Syncb/Walmart Attn: Bankruptcy Dept. Po Box 965024 Orlando FL 32896 | | 3,374.00 | NA | NA | 0.00 |
| | 15 TD BANK USA/Targetcred Attn: Bankruptcy Dept. Po Box 673 Minneapolis MN 55440 | | 1,093.00 | NA | NA | 0.00 |
| | 16 Vision Financial Servi Attn: Bankruptcy Dept. 1900 W Severs Rd La Porte IN 46350 | | 200.00 | NA | NA | 0.00 |
| | 2 BK OF AMER Attn: Bankruptcy Dept. Po Box 982235 El Paso TX 79998 | | 8,543.00 | NA | NA | 0.00 |
| | 3 BK OF AMER Attn: Bankruptcy Dept. Po Box 982235 El Paso TX 79998 | | 9,183.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 4 CAP1/Mnrds Attn: Bankruptcy Dept. 26525 N Riverwoods Blvd Mettawa IL 60045 | | 385.00 | NA | NA | 0.00 |
| | 5 Chase CARD Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 4,665.00 | NA | NA | 0.00 |
| | 6 COMENITY BANK/Cathrins Attn: Bankruptcy Dept. 4590 E Broad St Columbus OH 43213 | | 52.00 | NA | NA | 0.00 |
| | 7 COMENITY BANK/Lnbryant Attn: Bankruptcy Dept. Po Box 182789 Columbus OH 43218 | | 0.00 | NA | NA | 0.00 |
| | 8 COMENITY BANK/Womnwthn Attn: Bankruptcy Dept. 4590 E Broad St Columbus OH 43213 | | 132.00 | NA | NA | 0.00 |
| | 9 Exxmblciti Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | 1,520.00 | NA | NA | 0.00 |
| 1 | American Infosource Lp As Agent For | 7100-000 | 1,093.00 | 1,469.63 | 1,469.63 | 265.21 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Bureaus Investment Group Portfolio No 15 Llc | 7100-000 | 385.00 | 621.66 | 621.66 | 112.18 |
| 6 | Portfolio Recovery Associates, Llc | 7100-000 | 845.00 | 1,196.43 | 1,196.43 | 215.91 |
| 7 | Portfolio Recovery Associates, Llc | 7100-000 | 5,323.00 | 6,439.92 | 6,439.92 | 1,162.15 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 1,540.00 | 2,444.49 | 2,444.49 | 441.13 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 2,044.00 | 3,106.65 | 3,106.65 | 560.63 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | 845.00 | 899.34 | 899.34 | 162.29 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 52,324.00 | $ 16,178.12 | $ 16,178.12 | $ 2,919.50 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-36735 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Ronald Kucharski | | | | Date Filed (f) or Converted (c): | 10/29/2015 (f) |
| | Mary Kucharski | | | | 341(a) Meeting Date: | 11/30/2015 |
| For Period Ending: | 12/05/2017 | | | | Claims Bar Date: | 05/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 34200 South Old Chicago Road Wilmington, Il 60481 (Debtor's | 252,433.00 | 0.00 | | 0.00 | FA |
| 2. Household goods | 1,800.00 | 0.00 | | 0.00 | FA |
| 3. Books, CDs, DVDs, & Family Pictures | 300.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 5. Earrings, watch, costume jewelry | 0.00 | 0.00 | | 0.00 | FA |
| 6. Pension | Unknown | 0.00 | | 0.00 | FA |
| 7. 2008 Ford Explorer | 4,521.00 | 0.00 | | 0.00 | FA |
| 8. 2000 John Deere 4200 | 9,000.00 | 4,000.00 | | 4,000.00 | FA |
| 9. 2013 Outback | 14,725.00 | 0.00 | | 0.00 | FA |
| 10. 3 Honda 250 ATV | 3,110.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| 12. Family Pets/Animals | 0.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $286,089.00    $4,000.00    $4,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has prepared and submitted the final report for review to the UST. TFR filed on October 12, 2017. Final Report set for November 17, 2017.

Initial Projected Date of Final Report (TFR): 03/31/2017    Current Projected Date of Final Report (TFR): 10/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-36735  
Case Name: Ronald Kucharski  
Mary Kucharski  
Taxpayer ID No: XX-XXX4375  
For Period Ending: 12/05/2017  

Trustee Name: Zane L. Zielinski, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX1551  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/14/16 | 8 | Ronald Kuharski | Payment for Tractor | 1129-000 | $500.00 | | $500.00 |
| 01/11/17 | 8 | Ronald & mary Kucharski Cashier's Check | Payment for Tractor | 1129-000 | $600.00 | | $1,100.00 |
| 02/21/17 | 8 | Ron and Mary Kucharski Grundy Bank | Installment payment 3 | 1129-000 | $400.00 | | $1,500.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,490.00 |
| 03/20/17 | 8 | Moneygram from Ronald Kucharski | Settlement Payment | 1129-000 | $300.00 | | $1,790.00 |
| 04/03/17 | 8 | Mary and Ron Kucharski Cashiers Check from Grundy Bank | Settlement Payment | 1129-000 | $500.00 | | $2,290.00 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,280.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,270.00 |
| 05/10/17 | 8 | Ronald Kucharski | Payment for Tractor | 1129-000 | $300.00 | | $2,570.00 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,560.00 |
| 06/12/17 | 8 | Mary Kucharski Grundy Bank Cashier's Check | Settlement Payment | 1129-000 | $550.00 | | $3,110.00 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,100.00 |
| 07/17/17 | 8 | Ronald Kucharski Moneygram | Settlement Payment | 1129-000 | $300.00 | | $3,400.00 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,390.00 |
| 08/15/17 | 8 | Ronald Kucharski Moneygram | Settlement Payment | 1129-000 | $550.00 | | $3,940.00 |

Page Subtotals: $4,000.00   $60.00

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-36735 | Trustee Name: Zane L. Zielinski, Trustee | |
| Case Name: Ronald Kucharski | Bank Name: Associated Bank | |
| Mary Kucharski | Account Number/CD#: XXXXXX1551 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4375 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/05/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,930.00 |
| 11/17/17 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,010.50 | $2,919.50 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($1,000.00) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($10.50) | 2200-000 | | | |
| 11/17/17 | 5002 | American Infosource Lp As Agent For Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 18.05 % per court order. | 7100-000 | | $265.21 | $2,654.29 |
| 11/17/17 | 5003 | Quantum3 Group Llc As Agent For Moma Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 2 representing a payment of 18.05 % per court order. | 7100-000 | | $162.29 | $2,492.00 |
| 11/17/17 | 5004 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Distribution | | | $1,001.76 | $1,490.24 |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 3 representing a payment of 18.05 % per court order. ($441.13) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 4 representing a payment of 18.05 % per court order. ($560.63) | 7100-000 | | | |
| 11/17/17 | 5005 | Bureaus Investment Group Portfolio No 15 Llc<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Final distribution to claim 5 representing a payment of 18.05 % per court order. | 7100-000 | | $112.18 | $1,378.06 |
| | | | Page Subtotals: | | $0.00 | $2,561.94 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-36735 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Ronald Kucharski | Bank Name: | Associated Bank |
| | Mary Kucharski | Account Number/CD#: | XXXXXX1551 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4375 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/05/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/17 | 5006 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Amazon.Com) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 6 representing a payment of 18.05 % per court order. | 7100-000 | | $215.91 | $1,162.15 |
| 11/17/17 | 5007 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Paypal) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 7 representing a payment of 18.05 % per court order. | 7100-000 | | $1,162.15 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $4,000.00 | $4,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,000.00 | $4,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,000.00 | $4,000.00 |

Page Subtotals:       $0.00       $1,378.06

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1551 - Checking | $4,000.00 | $4,000.00 | $0.00 |
|  | $4,000.00 | $4,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,000.00 |
| Total Gross Receipts: | $4,000.00 |

Page Subtotals:  $0.00   $0.00